UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| ELAINE L. CHAO,<br>Secretary of Labor,<br>U.S. Department of Labor,<br><br>               Plaintiff,<br><br>v.<br><br>MIRALINK GROUP, INC.;<br>THOMAS D. KING; DOUGLAS MARSHALL;<br>and the MIRALINK GROUP, INC.,<br>FLEXIBLE BENEFIT PLAN,<br><br>               Defendants. | FILE NO.<br><br>3:04-CV-322-J-12TEM |

### JUDGMENT

This action was brought by Plaintiff, Secretary of Labor, United States Department of Labor (the "Secretary"), against Defendant pursuant to Sections 502(a)(2) and 502(a)(5), 29 U.S.C. §§ 1132(a)(2) and 1132(a)(5), of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 et seq., hereinafter referred to as ERISA.  Defendant Thomas D. King, ("King") was served in accordance with Rule 4 of the Federal Rules of Civil Procedure.  The Clerk of Court, pursuant to Fed.R.Civ.P.

55(a), entered Default as to Defendant. The Plaintiff has now moved for default judgment.

WHEREFORE, it is hereby ordered, adjudged, and decreed that,

A. Plaintiff's motion for default judgment is GRANTED;

B. Defendant is hereby enjoined from violating the provisions of Title I of ERISA;

C. Defendant is hereby permanently enjoined from acting as a fiduciary, trustee, agent, or representative in any capacity to any employee benefit plan, as defined by ERISA.

D. Defendant shall make restitution to the Miralink Group Health Plan ("the Plan") in the amount of $2,866,523.39, with post judgment interest to be assessed against any remaining unpaid balance of such amount, in accordance with 28 U.S.C. § 1961, from the date of this Judgment until paid in full.

E. Defendant is removed from any position the Defendant holds as a named or functional fiduciary to the Plan.

The Court, finding that there is no just reason to delay the entry of this Judgment, expressly directs the

entry thereof as a final order, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

SO ORDERED this 9TH day of NOVEMBER, 2005.

*Howell W. Melton*

UNITED STATES DISTRICT JUDGE

C: Counsel of Record
   Thomas D. King
   434 Roosevelt Paris Rd.
   St. Augustine, Fl 32084

3